
| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
| | United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811) |
| | Chief, Criminal Division |
| 4 | W.S. WILSON LEUNG (CABN 190939) |
| | Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6758 |
| | FAX: (415) 436-6753 |
| | wilson.leung@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

FILED
DEC 2 0 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR13-0775 MEJ |
| | ) | NO. ~~13-MAG-00775-MEJ~~ |
| v. | ) | |
| | ) | NOTICE OF DISMISSAL |
| WILLIE LEE, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned criminal ~~complaint~~ information without prejudice.

DATED: December 19, 2013         Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
W.S. WILSON LEUNG
Deputy Chief, Strike Force and Violent Crimes Unit

NOTICE OF DISMISSAL (CR 00-101-JSW)

1 | Leave is granted to the government to dismiss the ~~complaint~~. information

3 | Date: 12-20-13

HON. MARIA-ELENA JAMES
United States Magistrate Judge
Hon. Jacqueline Scott Corley

NOTICE OF DISMISSAL (CR 00-101-JSW)